UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A HUNT,<br><br>             Plaintiff.<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>             Defendant. | Case No. 22-cv-03665-HSG<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 4 |

Plaintiff Jennifer A. Hunt has filed an application to proceed *in forma pauperis*. Dkt. No. 4. Having considered the application and complaint, Dkt. No. 1, the Court **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's application, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: 6/23/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge